IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 18-cv-01212-PAB-MEH

LISA MILES a/k/a ELISA MARIE MILES, and those similar situated,

    Plaintiff/Counter Defendant,

v.

BKP INC.,
ELLA BLISS BEAUTY BAR LLC,
ELLA BLISS BEAUTY BAR - 2, LLC,
ELLA BLISS BEAUTY BAR - 3, LLC,
BROOKE VANHAVERMAAT,
KELLY HUELSING, and
PETER KOCLANES,

    Defendants/Counter Claimants.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, on February 4, 2019**.

    For good cause shown, the Stipulated Motion to Modify Scheduling Order [filed January 31, 2019; ECF No. 41] is **granted**. Paragraph 9 of the governing Scheduling Order is modified as follows:

    Affirmative Expert Deadline: March 29, 2019.

    Rebuttal Expert Deadline: April 29, 2019.

    Discovery Cut-Off: June 3, 2019.

    Dispositive Motion Deadline: July 3, 2019.

    The Final Pretrial Conference scheduled in this case for July 15, 2019, is **vacated** and **rescheduled** to **September 5, 2019 at 10:30 a.m.** in Courtroom A501 on the fifth floor of the Alfred A. Arraj United States Courthouse, 901 19th Street, Denver, Colorado. All other provisions of the Scheduling Order at ECF No. 35 shall remain in effect.