**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**

Civil Case No. 18-cv-01212-PAB-MEH

LISA MILES A.K.A ELISA MARIE MILES; and those similarly situated

    Plaintiffs,

v.

BKP INC.;
ELLA BLISS BEAUTY BAR LLC;
ELLA BLISS BEAUTY BAR - 2, LLC;
ELLA BLISS BEAUTY BAR - 3, LLC;
BROOKE VANHAVERMAAT;
KELLY HUELSING; AND
PETER KOCLANES

    Defendants.

_____

**STIPULATED MOTION TO MODIFY SCHEDULING ORDER**
_____

The Parties, by and through their undersigned counsel of record, hereby submit this Stipulated Motion to Amend the Scheduling Order, and state as follows:

1. This Court entered the Scheduling Order on August 29, 2018 [Doc. 35].

2. The Scheduling Order was amended on February 4, 2019 [Doc. 45].

3. After the amendment, the current expert discovery deadline is March 29, 2019.

4. The Parties have exchanged, and continue to exchange, extensive document discovery and depositions are underway. This is a putative class action and neither party intends to engage an expert for class certification. But at least some of the Parties intend to engage experts to establish liability and damages.

5. The Parties agree that, at this stage—before a decision on class certification—it makes little sense to engage in expert discovery on liability and damages, as that discovery

should be limited to the named Plaintiff if a class is not certified and should be expanded to the class if a class is certified.

6. To avoid the inefficiencies, uncertainties, and substantial cost of expert discovery on the merits before class certification, the Parties jointly request that the expert discovery deadlines in the amended scheduling order be stayed pending a decision on class certification and that the Parties be ordered to meet and confer, and subsequently move the Court, following any decision on class certification to set an appropriate expert discovery schedule.

7. A proposed order is attached hereto for the Court's convenience.

## CERTIFICATION PURSUANT TO D.C. COLO. LCIVR.7.1

Counsel for the Parties have conferred regarding this motion and stipulate to the relief sought herein.

WHEREFORE the Parties respectfully request this Court to modify the Scheduling Order as detailed herein, and for any other relief deemed just and proper.

Respectfully submitted this 26th day of March 2019.

| *s/ Mari Newman* | *s/ Brooke Colaizzi* |
|---|---|
| Mari Newman | Raymond M. Deeny |
| Liana Orshan | Sherman & Howard |
| Tania Valdez | 90 South Cascade Avenue, Suite 1500 |
| Killmer, Lane & Newman, LLP | Colorado Springs, Colorado 80903 |
| 1543 Champa Street, Suite 400 | Direct: (719) 448-4016 |
| Denver, Colorado 80202 | rdeeny@shermanhoward.com |
| Phone: (303) 571-1000 | |
| Facsimile: (303) 571-1001 | Heather Fox Vickles |
| mnewman@kln-law.com | Brooke A. Colaizzi |
| lorshan@kln-law.com | Sherman & Howard |
| tvaldez@kln-law.com | 633 Seventeenth Street, Suite 3000 |
| | Denver, Colorado 80202 |
| Alexander Hood | Direct: (303) 299-8471 |
| David Seligman | Facsimile: (303) 298-0940 |
| Towards Justice | bcolaizzi@shermanhoward.com |

1535 High Street, Suite 300
Denver, CO 80218
Tel: (720) 441-2236
Fax: (303) 957-2289
alex@towardsjustice.org
david@towardsjustice.org

*Counsel for Plaintiffs*

hvickles@shermanhoward.com

*Counsel for Defendants*

## CERIFICATE OF SERVICE

I hereby certify that on March 26, 2019, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following:

Alexander Hood
David Seligman
Towards Justice
1535 High Street, Suite 300
Denver, CO 80218
alex@towardsjustice.org
david@towardsjustice.org

*Counsel for Plaintiffs*

Raymond M. Deeny
Sherman & Howard
90 South Cascade Avenue, Suite 1500
Colorado Springs, Colorado 80903
rdeeny@shermanhoward.com

Heather Fox Vickles
Brooke A. Colaizzi
Sherman & Howard
633 Seventeenth Street, Suite 3000
Denver, Colorado 80202
bcolaizzi@shermanhoward.com
hvickles@shermanhoward.com

*Counsel for Defendants*

KILLMER, LANE & NEWMAN, LLP

*s/ Jesse Askeland*
_____
Jesse Askeland