IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 18-cv-01212-PAB-MEH

LISA MILES a/k/a Elisa Marie Miles, and those similarly situated,

    Plaintiff/Counter Defendant,

v.

BKP INC.,
ELLA BLISS BEAUTY BAR LLC,
ELLA BLISS BEAUTY BAR - 2, LLC,
ELLA BLISS BEAUTY BAR - 3, LLC,
BROOKE VANHAVERMAAT,
KELLY HUELSING, and
PETER KOCLANES,

    Defendants/Counter Claimants.

---

## MINUTE ORDER
---

**Entered by Michael E. Hegarty, United States Magistrate Judge, on March 26, 2019**.

    Before the Court is a Stipulated Motion to Modify Scheduling Order [ECF No. 47]. The Court will hold a hearing on the motion on **April 15, 2019 at 3:00 p.m.** in Courtroom A-501, on the fifth floor of the Alfred A. Arraj United States Courthouse located at 901 19th Street, Denver, Colorado.

    If this date is not convenient, the parties shall confer and contact my Chambers to obtain an alternate date. All parties must be present or copied if they wish to change the conference date by telephone or email; otherwise, any party seeking to change the conference date must file a motion. Absent exceptional circumstances, no request for rescheduling will be entertained unless made **five business days prior** to the date of the conference.

    The Court will temporarily stay the expert disclosure deadlines until the hearing at which counsel for the parties shall be prepared to discuss scheduling and the progression of this case.

    Please remember that anyone seeking entry into the Alfred A. Arraj United States Courthouse will be required to show a valid photo identification. *See* D.C. Colo. LCivR 83.2(b).