IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Michael E. Hegarty**

| | | | |
|---|---|---|---|
| Civil Action No: | 1:18-cv-01212-PAB-MEH | Date: | May 17, 2019 |
| Courtroom Deputy: | Molly Davenport | FTR: | Courtroom A 501 |

_Parties:_                                             _Counsel:_

LISA MILES,                                         Alexander Hood
                                                   David Seligman
                                                   Liana Orshan
                                                   Tom Kelly
                                                   Mari Newman
                                                   Catherine Ordoñez


        Plaintiff,

v.

BKP INC., et al                                     Brooke Colaizzi

        Defendants.

---

**COURTROOM MINUTES**
**DISCOVERY CONFERENCE**

---

**Court in session:        1:38 p.m.**

Court calls case.  Appearances of counsel.

Discussion was held regarding defendants' responses to the outstanding discovery requests. Discussion was also held regarding the proposed [52-1] Protective Order Concerning Confidential Information.

The Protective Order will be entered without paragraph 4. Counsel for the defendant will file a Motion to Amend the Protective order with briefing on the issue discussed on the record. Plaintiff's response is due five (5) days after the motion is filed.

Discussion was also held regarding the defendants' damages and categories of damages. Discussion was held regarding employee files and employee communications with rulings made on the record.  Discussion was also held regarding the time fraud claims made by the defendants with the Court's ruling made on the record.

**ORDERED:**        The discovery deadline is VACATED.

**ORDERED:**        An additional **Status Conference** is set **for June 20, 2019 at 1:15 p.m.** before Magistrate Judge Michael E. Hegarty, Courtroom A501, Arraj Courthouse.

**ORDERED:**        Defendant shall produce the documents discussed on or before June 7, 2019.

**Court in recess:**   **2:55 p.m.**   Hearing concluded.
Total in-court time   01:17

\*To obtain a transcript of this proceeding, please contact Patterson Transcription Company at (303) 755-4536 **or** AB Court Reporting & Video, Inc. at (303) 629-8534.

2