IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Case No. 18-cv-01212-PAB-MEH

LISA MILES (A.K.A. ELISA MARIE MILES); and those similarly situated

    Plaintiffs,
v.

BKP INC.;
ELLA BLISS BEAUTY BAR LLC;
ELLA BLISS BEAUTY BAR - 2, LLC;
ELLA BLISS BEAUTY BAR - 3, LLC;
BROOKE VANHAVERMAAT;
KELLY HUELSING; AND
PETER KOCLANES

    Defendants.
_____

**CONVENTIONALLY FILED EXHIBIT 2 TO PLAINTIFF'S RESPONSE AND OBJECTION TO DEFENDANTS' MOTION TO AMEND PROTECTIVE ORDER**
_____

**Exhibit 2** to Plaintiff's Response and Objection to Defendant's Motion to Amend Protective Order, which is an electronic audio recording of a May 7, 2019 voicemail from Ray Deeny, counsel for Defendants with the file name, "SHERMAN & HOWAR 05-07-19 09h07," is being conventionally filed with the Court on disc pursuant to Section 1.2 and 4.8(f) of this Court's Electronic Case Filing Procedures. A copy of the recording is being delivered via cloud (Dropbox) as stated in the Certificate of Service for the above-referenced Response.