# CLASS ACTION EXCLUSION FORM

ONLY COMPLETE AND RETURN THIS FORM IF YOU DO NOT WANT TO PARTICIPATE IN THE LAWSUIT.

**COMPLETING AND RETURNING THIS FORM MEANS YOU WILL NOT BE PART OF THE CLASSES IN THE LAWSUIT CALLED *MILES V. BKP, INC. ET AL.,* CASE NUMBER 18-cv-01212, UNITED STATES DISTRICT COURT, DISTRICT OF COLORADO.**

**TO EXCLUDE YOURSELF, COMPLETE AND RETURN THIS FORM ON OR BEFORE [45-DAYS AFTER MAILING] TO:**

_____
_____

**Email:** _____

**YOU CANNOT OPT-OUT WITHOUT PROPERLY AND TIMELY COMPLETING THIS FORM.**

## SIGNATURE

I do not want to participate in the lawsuit *MILES V. BKP, INC. ET AL.*

Print your name: _____

_____   _____
Signature                                                Date