# CLASS ACTION NOTICE

*A court authorized this Notice. This is not a solicitation from a lawyer.*

***MILES V. BKP, INC. ET AL.,***
**CASE NUMBER 18-cv-01212,**
**UNITED STATES DISTRICT COURT, DISTRICT OF COLORADO**

**TO:** All current and former service technicians who worked for BKP Inc., Ella Bliss Beauty Bar LLC, Ella Bliss Beauty Bar – 2, LLC, and Ella Bliss Beauty Bar – 3, LLC at any of Ella Bliss Beauty Bar's three locations from six years prior to the filing of this case through the present.

**RE:** Class action lawsuit for Ella Bliss service technicians.

## WHY AM I GETTING THIS NOTICE?

**This Notice is to tell you about a class action lawsuit against BKP Inc., Ella Bliss Beauty Bar LLC, Ella Bliss Beauty Bar – 2, LLC, and Ella Bliss Beauty Bar – 3, LLC ("Ella Bliss") filed by Lisa Miles ("Plaintiff") on May 17, 2018 alleging that you and Ella Bliss's other service technicians were not properly compensated for "downtime" work and commissions, and had cash tips improperly withheld to compel work.**

| YOUR LEGAL RIGHTS AND OPTIONS IN THIS LAWSUIT | |
|---|---|
| **DO NOTHING** | You are already part of one or more of the certified classes. If you want to continue being part of the class(es) and may be entitled to a share of any money awarded by the Court or any settlement agreed upon between the parties, <u>you do not need to do anything.</u> If the Court sets a trial or the parties propose a settlement, you will be notified and told your options.<br><br>If you choose to be part of the class(es), the Court has appointed Towards Justice and Killmer Lane & Newman LLP to be your attorneys. You are also free to file an appearance in this case on your own or with your own attorney. Please note that filing an appearance means rejecting class counsel.<br><br>If you remain a part of the class(es) you will be bound by final determinations, including any money that the classes obtain on your behalf or final determinations made by the Court in this case, either favorable or unfavorable. |
| **ASK TO BE EXCLUDED** | To not be a member of the classes ("opt out"), complete and return the enclosed form on or before [45 Days After Mailing]. Completing and returning this form means that you choose to not be part of the lawsuit and choose to not be part of any judgment entered by this Court, including any judgment awarding the classes relief, or any settlement reached prior to judgment. If you opt-out, you may still bring a claim against Ella Bliss, to the extent allowable by law, by filing your own separate lawsuit. |

1

**MORE INFORMATION**

| 1. | WHAT IS THIS LAWSUIT ABOUT? |

Plaintiff Lisa Miles, a former employee of Ella Bliss, filed a lawsuit in the United States District Court for the District of Colorado alleging she and other Ella Bliss service technicians were not properly compensated for "downtime" work and commissions and had cash tips improperly withheld to compel work. The case is called Miles v. BKP, Inc. and the case number is 18-cv-01212. Plaintiff alleges claims for money under Colorado law, including the Colorado Wage Claim Act, the Colorado Minimum Wage Act, and the Colorado Civil Theft Statute.

| 2. | WHY IS THIS CASE A CLASS ACTION? |

The Court certified the following classes (the "Classes") of persons to pursue these claims as a class action:

**THE MINIMUM WAGE ACT DOWNTIME CLASS:** All current and former service technicians who worked for the entity defendants (BKP Inc., Ella Bliss Beauty Bar LLC, Ella Bliss Beauty Bar – 2, LLC, and Ella Bliss Beauty Bar – 3, LLC) at any of Ella Bliss Beauty Bar's three locations from six years prior to the filing of this case until the present.

**THE WAGE CLAIM ACT DOWNTIME CLASS:** All current and former service technicians who worked for the entity defendants (BKP Inc., Ella Bliss Beauty Bar LLC, Ella Bliss Beauty Bar – 2, LLC, and Ella Bliss Beauty Bar – 3, LLC) at any of Ella Bliss Beauty Bar's three locations from three years prior to the filing of this case until the present.

**THE COMMISSION AND TIP THEFT CLASS:** All current and former service technicians who worked for the entity defendants (BKP Inc., Ella Bliss Beauty Bar LLC, Ella Bliss Beauty Bar – 2, LLC, and Ella Bliss Beauty Bar – 3, LLC) at any of Ella Bliss Beauty Bar's three locations from three years prior to the filing of this case until the present.

| 3. | HOW DOES ELLA BLISS RESPOND TO THE LAWSUIT? |

Ella Bliss denies that it did anything wrong and says that all employees were compensated appropriately.

| 4. | WHAT IS THE STATUS OF THE LAWSUIT? |

This case was certified as a class action by the Court on September 15, 2022. Chief United States District Judge Phillip A. Brimmer is presiding over this class action. After the Classes receive this notice, the parties will prepare this case for trial. If the parties were to reach a compromise before trial, you will be notified.

| 5. | CAN I BE RETALIATED AGAINST FOR BEING PART OF THE LAWSUIT? |

No. It is illegal for Ella Bliss or any other person to punish or retaliate against you because you are part of this lawsuit or because you choose not to be part of this lawsuit.

| 6. | WHAT IF I DO NOTHING IN RESPONSE TO THIS NOTICE? |

You don't have to do anything now if you want to keep the possibility of getting money or benefits from this lawsuit. By doing nothing you are staying in the Class(es) and, if Plaintiff obtains money or benefits, either as a result of a trial or a settlement, you will be notified and may have a right to a

share. Keep in mind that if you do nothing now, regardless of whether Plaintiff wins or loses the trial or whether the parties reach a settlement prior to trial, you will not be able to sue, or continue to sue, Ella Bliss as part of any other lawsuit about the same legal claims that are the subject of this lawsuit. You will also be legally bound by all orders of the Court and judgments the Court makes in this class action whether favorable or not.

If you exclude yourself from the Class(es) you won't get any money or benefits from this lawsuit even if Plaintiff obtains them as a result of the trial or from any settlement with Ella Bliss. If you exclude yourself, you will not be legally bound by the Court's judgments in this class action.

To ask to be excluded, you must complete and send the enclosed form. To be accepted, the form must either be emailed or postmarked on or before [45 Days After Mailing]. The form can be emailed to [Email Address] or mailed to [Address].

| 8. | **HOW DO I PAY THE LAWYERS?** |
|---|---|

Towards Justice and Killmer Lane & Newman LLP have been appointed by the Court as attorneys for the Classes. The attorneys will not be paid anything unless they are successful in recovering money for the Classes. If the attorneys are successful, they will be entitled to a Court-approved percentage of any money collected from Ella Bliss for the Classes and Court-approved expenses they have spent on behalf of the Classes. Regardless, no money will be paid to the attorneys other than out of money paid to the Classes by Ella Bliss and no money will be paid to the attorneys without Court approval, notice to you, and you having the opportunity to object.

| 9. | **WHAT IF I HAVE QUESTIONS?** |
|---|---|

You can contact the Class Administrator be put in touch with the attorneys to get more information about your rights.

[INSERT CONTACT INFORMATION]

**THIS NOTICE HAS BEEN AUTHORIZED BY THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLORADO. HOWEVER, THE COURT TAKES NO POSITION AS TO WHETHER YOU SHOULD, OR SHOULD NOT, REMAIN PART OF THE LAWSUIT. PLEASE DO NOT CONTACT THE COURT ABOUT THIS NOTICE.**