IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Case No. 18-cv-1212-PAB-MEH

LISA MILES A.K.A ELISA MARIE MILES; and those similarly situated,

    Plaintiffs,

v.

BKP INC.;
ELLA BLISS BEAUTY BAR LLC;
ELLA BLISS BEAUTY BAR - 2, LLC;
ELLA BLISS BEAUTY BAR - 3, LLC;
BROOKE VANHAVERMAAT;
KELLY HUELSING; AND
PETER KOCLANES

    Defendants.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, on July 20, 2023.**

    The Motion to Withdraw as Counsel of Record by Heather Fox Vickles, Raymond M. Deeny, and Brooke A. Colaizzi, all of the law firm of Sherman & Howard L.L.C. [filed July 19, 2023; ECF 197] is **granted**. Their representation of Defendants in this case is terminated. Defendants will continue to be represented by Kutner Brinen Dickey Riley, P.C.