IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 18-cv-1212-PAB-MEH

LISA MILES a.k.a. ELISA MARIE MILES; and those similarly situated,

    Plaintiffs,

    v.

BKP INC;
ELLA BLISS BEAUTY BAR LLC;
ELLA BLISS BEAUTY BAR - 2, LLC;
ELLA BLISS BEAUTY BAR - 3, LLC;
BROOKE VANHAVERMAAT;
KELLY HUELSING; and
PETER KOCLANES,

    Defendants.

## ENTRY OF APPEARANCE

Steven M. Feder of Feder Law Firm hereby enters his appearance in the above-captioned civil action on behalf of Defendants BKP Inc.; Ella Bliss Beauty Bar LLC; Ella Bliss Beauty Bar - 2, LLC; Ella Bliss Beauty Bar - 3, LLC; Brooke Vanhavermaat; Kelly Huelsing; and Peter Koclanes.

Date:  October 2, 2023　　　　　　　　　Respectfully submitted,

                                                 *s/ Steven M. Feder*
                                                Steven M. Feder
                                                Feder Law Firm
                                                625 E. 16th Avenue, West Wing
                                                Denver, Colorado  80203
                                                Phone: 303-221-5599
                                                Email: steve@federlawfirm.com
                                                *Attorney for Defendants*

2

## CERTIFICATE OF SERVICE

  I hereby certify that on October 2, 2023, a true and correct copy of the foregoing Entry of Appearance was filed and served electronically via CM/ECF to all counsel of record.

              *s/ Barry Boughman*