## IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF COLORADO

Civil Action No. 18-cv-1212-PAB-MEH

LISA MILES a.k.a. ELISA MARIE MILES; and those similarly situated,

    Plaintiffs,

    v.

BKP INC;
ELLA BLISS BEAUTY BAR LLC;
ELLA BLISS BEAUTY BAR - 2, LLC;
ELLA BLISS BEAUTY BAR - 3, LLC;
BROOKE VANHAVERMAAT;
KELLY HUELSING; and
PETER KOCLANES,

    Defendants.

---

## CONSENT ORDER GRANTING SUBSTITUTION OF ATTORNEY

---

Notice is hereby given that, subject to approval by the Court, Defendants BKP Inc.;

Ella Bliss Beauty Bar LLC; Ella Bliss Beauty Bar - 2, LLC; Ella Bliss Beauty Bar - 3, LLC;

Brooke Vanhavermaat; Kelly Huelsing; and Peter Koclanes substitute Steven M. Feder,

State Bar No. 14991, as counsel of record in place of Jenny M.F. Fujii. Good cause is

shown for Ms. Fujii to withdraw because substitute counsel has entered his appearance

on behalf of all Defendants, who approve the substitution.

**Contact information for new counsel is as follows:**

    FEDER LAW FIRM
    625 E. 16th Avenue, West Wing
    Denver, Colorado 80203
    Phone: 303-221-5599
    Email: steve@federlawfirm.com

**I consent to the above substitution:**

Date: 10/13/2023
_____
for BKP Inc.

Date: 10/13/2023
_____
for Ella Bliss Beauty Bar LLC

Date: 10/13/2023
_____
for Ella Bliss Beauty Bar - 2 LLC

Date: 10/13/2023
_____
for Ella Bliss Beauty Bar - 3 LLC

Date: 10/13/2023
_____
Brooke Vanhavermaat

Date: 10/13/2023
_____
Kelly Huelsing

Date: 10/13/2023
_____
Peter Koclanes

**I consent to being substituted:**

Date: 10/13/2023
_____
s/ Jenny M.F. Fujii
Jenny M.F. Fujii

**I consent to the above substitution:**

Date: 10/13/2023
_____
s/ Steven M. Feder
Steven M. Feder

**The substitution of attorney and the withdrawal of Jenny M.F. Fujii are hereby approved and so ORDERED:**

Date:_____

_____
Judge

2