IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Chief Judge Philip A. Brimmer**

| Civil Action No.: 18-cv-01212-PAB-MEH | Date: May 10, 2024 |
|---|---|
| Courtroom Deputy: Sabrina Grimm | Court Reporter: Janet Coppock |

<u>Parties:</u>                                                                                    <u>Counsel:</u>

LISA MILES, and those similarly situated,                      Alexander Hood
                                                                                             Mari Newman
                                                                                             Liana Orshan

    Plaintiff,

v.

BKP, INC.,                                                                                Steven Feder
ELLA BLISS BEAUTY BAR LLC,
ELLA BLISS BEAUTY BAR - 2, LLC,
ELLA BLISS BEAUTY BAR - 3, LLC,
BROOK VANHAVERMAAT,
KELLY HUELSING, and
PETER KOCLANES,

    Defendants.

---

**COURTROOM MINUTES**

---

**FAIRNESS HEARING**

**10:03 a.m.     Court in session.**

Appearances of counsel.

The matter is before the Court on the Unopposed Motion for Final Approval of Proposed Class Action Settlement Agreement and for Award of Fees and Expenses to Class Counsel [215].

Mr. Hood states there is a class member present in Court today but the class member does not have an objection.

Discussion regarding class member who opted out and wants to opt back in and rejoin the class.

**ORDERED:**   Class counsel's oral motion for Ms. Patty Ordoubadi to withdrawn her opt-out form and to re-join the settlement class is GRANTED, as discussed.

Statement by Mr. Hood and Mr. Feder.

**ORDERED:**   Unopposed Motion for Final Approval of Proposed Class Action Settlement Agreement and for Award of Fees and Expenses to Class Counsel [215] is GRANTED.  The Court will issue a written order.

**10:21 a.m.    Court in recess.**

Hearing concluded.
Total time in court:    00:18