IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 18-cv-01212-PAB-MEH

LISA MILES a.k.a. Elisa Maria Miles, and those similarly situated,

    Plaintiffs,

v.

BKP INC.;
ELLA BLISS BEAUTY BAR LLC;
ELLA BLISS BEAUTY BAR - 2, LLC;
ELLA BLISS BEAUTY BAR - 3, LLC;
BROOK VANHAVERMAAT;
KELLY HUELSING; and
PETER KOCLANES,

    Defendants.

## FINAL JUDGMENT

    In accordance with the orders filed during the pendency of this case, and pursuant to Fed. R. Civ. P. 54(b), the following Final Judgment is hereby entered.

    Pursuant to the Order [Docket No. 217] of Chief United States District Judge Philip A. Brimmer entered on May 28, 2024, it is

    ORDERED that the Unopposed Motion for Final Approval of Proposed Class Action Settlement Agreement and for Award of Fees and Expenses to Class Counsel [Docket No. 215] is GRANTED.  It is further

    ORDERED that judgment shall be entered dismissing this action with prejudice. It is further

    ORDERED that this case is closed.

Dated: May 28, 2024.

FOR THE COURT:

Jeffrey P. Colwell, Clerk

By s/ S. Grimm
　　Deputy Clerk